**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CR-126-J |
| ) | |
| STANLEY JONES, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about April 16, 2011 through and including May 27, 2013, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, on lands administered by the Worland, Wyoming, field office, within Township 51 North, Range 95 West, Section 26, in the Northwest corner of the Southwest corner, the Defendant, STANLEY JONES, did knowingly and willfully use, occupy or develop the public lands without authorization.

In violation of 43 C.F.R. § 2920.1-2(a) and (e).

### COUNT TWO

On or about June 11, 2011, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Canady Allotment, the Defendant, STANLEY

JONES, did knowingly and willfully allow livestock to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(i).

## COUNT THREE

On or about April 21, 2013 through May 27, 2013, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Sandstone Allotment, the Defendant, STANLEY JONES, did knowingly and willfully allow livestock to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(i).

Dated this 29th day of May, 2013.

                                  CHRISTOPHER A. CROFTS
                                  United States Attorney

By: _____
      KERRY J. JACOBSON
      Assistant United States Attorney

## PENALTY SUMMARY

**DATE:** May 28, 2013

**DEFENDANT NAME:** Stanley Jones

**VICTIM:** No

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1: | Unlawful Use of Public Lands<br>43 C.F.R. § 2920.1-2(a) and (e) |
| PENALTIES: | | 12 MONTHS IMPRISONMENT<br>$100,000 FINE<br>1 YEAR SUPERVISED RELEASE<br>$25 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 2: | Allowing Livestock to Graze Without a Permit<br>43 C.F.R. § 4140.1(b)(1)(i) |
| PENALTIES: | | 12 MONTHS IMPRISONMENT<br>$100,000 FINE<br>1 YEAR SUPERVISED RELEASE<br>$25 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 3: | Allowing Livestock to Graze Without a Permit<br>43 C.F.R. § 4140.1(b)(1)(i) |
| PENALTIES: | | 12 MONTHS IMPRISONMENT<br>$100,000 FINE<br>1 YEAR SUPERVISED RELEASE<br>$25 SPECIAL ASSESSMENT |
| **TOTALS:** | | 3 YEARS IMPRISONMENT<br>$300,000 FINE<br>1 YEAR SUPERVISED RELEASE<br>$75 SPECIAL ASSESSMENT |

**AGENT:** Aaron Kania       **AUSA:** Kerry Jacobson

**ESTIMATED TIME OF TRIAL:**       **INTERPRETER NEEDED:**

 X  five days or less            ___ Yes
 ___ over five days              X  No
 ___ other

**THE GOVERNMENT:**

| | | | |
|---|---|---|---|
| ____ | will | ____ | The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions |
| _X_ | will not | | |

**SEEK DETENTION IN THIS CASE.**