# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

VS

**STANLEY JONES**
**DEFENDANT**

**Case No.** 13CR126J   **Date** 7/10/2013
**Time** 9:00 - 9:35 a.m.
☐ Indictment   ☑ Information
☐ Complaint   ☐ Other

☐ IA   ☐ ARR   ☐ Det
☐ Prelim   ☐ Rule 5

**Before the Honorable,** Teresa M. McKee

**Offense** 49 USC 526 - Unlawful Use of Public Lands (1); 49 USC 526, Allowing Livestock to Graze w/ot Permit (2-3)

| Deany Fondren | FTR - Lander | | Kerry Jacobson | |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** n/a

**Appeared:**   ☑ Voluntarily   ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing   DEFENDANT APPEARS PRO SE
  ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date 7/10/2013   (Comments) _____

**Arraignment:**   Held 7/10/2013   Set For _____   Waived _____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s) 1, 2, and 3   of an   Information
☐ Guilty to count(s) _____   of an   _____

**Not Guilty Plea**
☐ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or On / Before
☑ Trial date set for 9/16/2013 at 1:30 p.m. In
☐ Speedy trial expires on _____

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____ In
☐ Plea conditionally accepted

**Other:**
DEFENDANT REQUESTS JURY TRIAL BEFORE ARTICLE III JUDGE

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:    **Held**_____   **Set For**_____   **Waived**_____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal
   ☐ Set at $_____   ☐ Cash   ☐ Surety   ☐ Unsecured
   ☐ Continued on the same terms and conditions

**Terms and Conditions:**

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with_____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**   **Held**_____   **Set For**_____   **Waived**_____
Witnesses   _____
_____

Outcome:   ☐ Bound over to District Court     ☐ Dismissed

**Removal Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer         Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court