FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 13  AM 9 00

STEPHAN HARRIS, CLERK
CHEYENNE

Stanley Jones
Po Box 65
Otto, WY 82434
(307) 762-3271

## UNITED STATES DISTRICT COURT
### For the
### District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 13-CR-126-J |
| ) | |
| STANLEY JONES, ) | |
| ) | |
| Defendant ) | |

### REQUEST FOR CONTINUANCE

COMES NOW the Defendant, Stanley Jones, to respectfully ask for a continuance in the above referenced action for the following reasons:

Whereas there has not been given legal and proper notification in the above case, the defendant requests additional time to prepare a defense. 28 USC 1691 requires "All writs and process issuing from a court of the US shall be under the seal of the Court and signed by the Clerk thereof."

Whereas the summons did have a signature but no seal (EXHIBIT A), the notice to appear in court did not have a seal or signature (EXHIBIT B).

Therefore the defendant was not legally notified and did not have the legal right to ask for discovery or to have the court subpoena witnesses or documents needed for a proper defense, causing the defendant to be put at a disadvantage in this case. The Defendant had also asked for the Jury Trial to be held in Big Horn County.

Therefore the Defendant asks that proper due process be afforded by the Court by legally notifying the Defendant of another time and place to have this trial.

Dated this 11th day of September 2013.

*[signature]*
Stanley Jones

### CERTIFICATE OF SERVICE

I Stanley Jones on September 11, 2013 certify that I faxed and placed in a United States Postal Service depository a sealed envelope with REQUEST FOR CONTINUANCE addressed to:

Stephan Harris Clerk of the Court
United State District Court for the District of Wyoming
111 South Wolcott Street 1st Floor
Casper, WY 82601

U. S. Assistant Attorney
Kerry J. Jacobson
PO Box 449
Lander, WY 82520-0449

Honorable Alan B Johnson
J.C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001

Date: September 12, 2013

*[signature]*
Stanley Jones