U.S.
DIS...OT OF WYOMING
2013 SEP 16  AM 9 24
STEPHAN HARRIS, CLERK
CHEYENNE

STANLEY JONES
P. O. Box 65
Otto, WY 82434-0065

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-CR-126-J |
| | ) |
| **STANLEY JONES** | ) |
| | ) |
| Defendant. | ) |

Stanley Jones, Defendant, assumes the Court will ask preliminary questions of

the prospective jurors regarding the occupation of each juror and spouse; familiarity

with the parties, lawyers and the nature of this case. I, Stanley Jones respectfully

requests the Court ask the following questions of the prospective jurors:

1. Do you have an understanding of the Constitution of the United States?

2. Do you have an understanding of Wyoming State Law?

3. Have you had disputes with neighbors over livestock, or boundary lines?

4. Do you understand the laws pertaining to fencing in Wyoming?

5. Wyoming is a "Fence Out State".
   A. Do you know what that means?
   B. Do you agree or disagree with this?

6. Do you have neighbors that own animals or livestock?

7.  Do you know the difference between owning and managing land?

8.  Should everyone be treated equal under the law?

9.  Should there be discrimination either in favor or against any person?

10. Do you think government employees should be required to follow the

    rules and regulations of their office and obey the laws?

    A. Always or Sometimes?

11. Should harassment be tolerated in any situation?

12. Should the courts be held accountable to follow the law?

13. Should the government be held to the same standard that they expect the
    citizens to follow?

14. Are you fair and honest?

15. Is there any reason why you might not want to be considered a juror in
    this case?

Respectfully submitted this 16ᵗʰ day of September, 2013.

Stanley Jones
Defendant

## CERTIFICATE OF SERVICE

I hereby, certify that I served a true and correct copy via hand delivery of the

foregoing Defendants questions upon Kerry J. Jacobson, Assistant United States

Attorney and the District Court, Cheyenne, Wyoming.

Stanley Jones, Defendant