

FILED
*8:17 pm, 9/19/13*
**Stephan Harris
Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Tammy Hilliker, Deputy Clerk | September 19, 2013 |
| Julie Thomas, Court Reporter | Cheyenne, Wyoming |
| Sherrill Veal, Law Clerk | |

Case No. 13-CR-126-ABJ; United States of America vs Stanley Jones

| | |
|---|---|
| United States of America, | Plaintiff's Attorneys: Kerry J Jacobson |
| Plaintiff, | |
| v. | |
| Stanley Jones | Defendant's Attorneys: Pro Se |
| Defendant. | |

## COURTROOM MINUTES
## JURY TRIAL DAY 3

| | |
|---|---|
| 9:28am- | Court is in session. Government calls William Moffett to the stand. He is sworn and direct examination begins. |
| 9:45am- | Exhibit 56,57,58 handed to witness.  Offered, objected, Admitted and published to jury. |
| 9:52am- | Defendant begins cross examination<br>Government objects to question. Sustained |
| 9:54am- | Witness is excused from his subpoena.  Judge instructs jury. |
| 9:56am- | Government calls next witness Phil Boreen to the stand.  He is sworn and direct examination begins |
| 10:01am- | Defendant objects to lack of expertise. Judge orders to answer only to his own standpoint. |
| 10:13am- | Defendant begins cross examination of this witness |
| 10:25am- | Government begins re-direct |

## 13-CR-126-ABJ-1     USA vs Stanley Jones

10:32am-    Defendant begins re-cross

10:34am-    Witness is excused from subpoena.

10:35am-    Court stands in recess for morning break.

10:55am-    Court is back in session outside the presence of the jury.  Defendant makes motion to the Court as to reason why suit should be dismissed.

11:02am-    Court finds law state does not relate or apply to the defense here.  Motion is denied to dismiss this charge.
Defendant makes motion for dismissal for reason of the Government to prove their case.

11:09am-    Government makes response to motion for dismissal

11:15am-    The Court denies the motion to dismiss.

11:17am-    The Jury is seated and the Defendant calls Ranger Aaron Kania back to the stand and is reminded he is still under oath

11:20am-    Government objects as to relevance. Overruled

11:25am-    Government objects as to asked and answered. Sustained

11:28am-    Government objects as to asked and answered.  Sustained
Government objects as to relevance. Overruled

11:37am-    Government objects as to asked and answered yesterday.   Overruled

11:39am-    Government begins cross examination

11:46am-    Defendant has re-direct of this witness

11:48am-    Judge asks questions of witness
Witness is excused.

11:49am-    Defendant rests

## 13-CR-126-ABJ-1     USA vs Stanley Jones

| | |
|---|---|
| 11:51am- | Court gives Juror instruction on conduct<br>Court stands in recess for lunch.  Jury to return at 1:30pm |
| 11:55am- | Defendant renews all previous motions. Court persists its order<br>Court stands in recess until 1pm for instruction conference. |
| 1:02pm- | Court is back in session outside of jury for a jury instruction conference |
| 1:19pm- | Refused instructions becomes part of case as tendered |
| 1:37pm- | Jury is brought in and seated<br>Judge instructs jury |
| 2:00pm- | Government begins closing arguments |
| 2:23pm- | Defendant begins closing arguments |
| 2:28pm- | Government finishes their closing |
| 2:29pm- | The Court gives final instruction to the jury |
| 2:58pm- | Jury to deliberations, again motions renewed and Court persists to previous rulings |
| 3:00pm- | Court stands in recess |
| 5:14pm- | Court is in session in chambers with counsel and defendant as there is a juror question. |
| 5:22pm- | Jury question answered and returned in writing to them |
| 5:34pm- | Court is in session in chambers with counsel and defendant as there is a juror question. |
| 5:38pm- | Jury question answered and returned in writing to them |
| 7:53pm- | Court is now in session and the Jury has returned with a verdict<br>Verdict is read and defendant is found guilty on all 3 counts<br>Jury is Polled<br>The Judge instructs and thanks the Jury |

## 13-CR-126-ABJ-1     USA vs Stanley Jones

8:00pm-       Court sets sentencing for 12/2/13 at 1:30pm
              PSR is ordered in this case
              Bond of unsecured in the amount of $5000

8:11pm-       Jury is excused and thanked for their service

8:14pm-       Court stands in recess