Stanley Jones
135 Main Street
Otto WY  82434
307-762-3271

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 MAY 22   AM 9 49

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CR-126-J |
| | ) |
| Stanley Jones, | ) |
| | ) |
| Defendant | ) |

MOTION FOR STAY OF SENTENCE

WHEREAS this case has been appealed to the 10th Circuit Court of Appeals and the Defendant did sustain a broken leg in January and has not yet fully recovered and has not yet received permission to return to normal work activities by a Doctor, THEREFORE the Defendant requests that this sentence be stayed until a judgment has been rendered by the Appeals Court.

Respectfully Submitted,

*[signature]*

STANLEY JONES
Defendant

CERTIFICATE OF SERVICE

I, Stanley Jones, certify on May 21, 2014 that I placed in the United States Postal Service Depository a sealed envelope with a MOTION FOR STAY OF SENTENCE addressed to:

Elisabeth A. Shumaker
Clerk of the Court
United States Court of Appeals Tenth Circuit
1823 Stout Street
Denver, Colorado 80257

Stephen Harris
Clerk of the Court
United States District Court for the District of Wyoming
111 South Wolcott Street 1st Floor
Casper WY  82601

Kerry J. Jacobson
U.S. Assistant Attorney
PO Box 449
Lander WY  82520-0449

Date:  May 21, 2014

Stanley Jones