

2014 08 06

GOVERNMENT EXHIBIT

A

PENGAD-Bayonne, N.J.



GOVERNMENT
EXHIBIT
B



2014.08.06

GOVERNMENT
EXHIBIT
C



GOVERNMENT
EXHIBIT

D

2014.08.06

GOVERNMENT
EXHIBIT

E

PENGAD-Bayonne, N. J.



2014.08.06

GOVERNMENT
EXHIBIT

F

PENGAD-Bayonne, N. J.



GOVERNMENT EXHIBIT

PENGAD-Bayonne, N. J.



2014 08 06

GOVERNMENT
EXHIBIT

*H*

www.rsnogales.com



GOVERNMENT
EXHIBIT
I



GOVERNMENT
EXHIBIT
J

PENGAD-Bayonne, N. J.



2014.08.06

GOVERNMENT
EXHIBIT

K

PENGAD-Bayonne, N.J.



2014.08.06

PENGAD-Bayonne, N. J.

GOVERNMENT
EXHIBIT

L